```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  R. STEVEN LAPHAM
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2724
 5
 6
 7            IN THE UNITED STATES DISTRICT COURT
 8          FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
    UNITED STATES OF AMERICA,    )
10                               )   CR. No. S-99-094 WBS
              Plaintiff,         )
11                               )
         v.                      )
12                               )   STIPULATION AND ORDER
    CURTIS R. MARTIN, JR.,       )   CONTINUING JUDGMENT AND
13                               )   SENTENCING
              Defendant.         )
14  _____)
15
16        IT IS HEREBY STIPULATED by the parties, through their
17  undersigned counsel, that the judgment and sentencing of Curtis R.
18  Martin, Jr., currently scheduled for March 5, 2007, at 8:30 a.m.,
19  may be continued to **May 14, 2007, at 8:30 a.m.**  The defendant
20  requests this continuance so that he may review discovery that he
21  ////
22  ////
23  ////
24  ////
25  ////
26  ////
27  ////
28  ////
```

1

1 believes may be relevant to sentencing.

2 DATED:   March 2, 2007

3

4                                          McGREGOR W. SCOTT
                                           United States Attorney

5

6                                    By: s/R. Steven Lapham
                                           R. STEVEN LAPHAM
7                                          Assistant U.S. Attorney

8

9 DATED: March 2, 2007               s/Christpher J. Cannon
10                                         CHRISTOPHER J. CANNON
                                           Counsel for Curtis R. Martin, Jr.

11

12

13

14

15                                   ORDER

16 IT IS SO ORDERED.

17

18 DATED:   March 2, 2007

19
                                    _____
20                                  WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE