UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. -99-094 WBS |
| v. | ) | |
| | ) | |
| Curtis Martin | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (**X**) Ad Prosequendum                          () Ad Testificandum

Name of Detainee: **Curtis Martin**
Detained at (custodian)**:**        **FCI Coleman Low**
                                     **Federal Correctional Institution**

Detainee is:          a.)         (**X**) charged in this district by:   (**X**) Indictment   ()Information    () Complaint
                                        charging detainee with: **18. § 371**
         or       b.)        () a witness not otherwise available by ordinary process of the Court

Detainee will:       a.)        (**X**) return to the custody of detaining facility upon termination of proceedings
         or       b.)        () be retained in federal custody until final disposition of federal charges, as a sentence is
                                      currently being served at the detaining facility

*Forthwith Appearance is necessary on January 14, 2008 at 8:30 a.m.. before United States District Judge William B. Shubb in the Eastern District of California for a Judgement and Sentencing hearing.*

                             Signature:                    /s/ R. Steven Lapham
                             Printed Name & Phone No:    R. Steven Lapham (916) 554-2724
                             Attorney of Record for:        United States of America

## WRIT OF HABEAS CORPUS
    (**X**) Ad Prosequendum                          () Ad Testificandum

      The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **on January 14, 2008** and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: November 7, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

___

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Curtis Martin | | Male |
| Booking or CDC #: | 11566-097 | | DOB: Unknown |
| Facility Address: | P.O.Box 1021 | | Race Black |
| | Coleman, FL 33521 | | |
| | | | Reference# |
| Facility Phone: | 352-689-4000 | | |
| Currently Incarcerated For: | _____ | | |

___

### RETURN OF SERVICE
Executed on    _____        By: _____
                                                                              (Signature)